# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

145694

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GARY MARK TREMAIN,
      Defendant-Appellant.

SC: 145694
COA: 309286
Grand Traverse CC: 11-004419-FH

_____/

      On order of the Court, the application for leave to appeal the June 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

Clerk

t0122